**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BAE SYSTEMS MOBILITY & PROTECTION SYSTEMS, INC., a Delaware corporation; BAE SYSTEMS AEROSPACE & DEFENSE GROUP, INC., an Arizona corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARMORWORKS ENTERPRISES, LLC, an Arizona limited liability partnership,<br><br>　　　　Defendant.<br>_____<br>ARMORWORKS ENTERPRISES, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAE SYSTEMS AH, INC., a Delaware corporation; BAE SYSTEMS MOBILITY & PROTECTION SYSTEMS, INC., a Delaware corporation; BAE SYSTEMS AEROSPACE & DEFENSE GROUP, INC., an Arizona corporation,<br><br>　　　　Defendants.<br>_____ | No. CV08-1697-PHX-JAT (Lead)<br>No. CV08-2060-PHX-JAT (Cons)<br><br>**ORDER** |

Due to Mr. Cabot's schedule, the Court will grant a brief continuance of the oral argument on the motions for summary judgment. However, the parties' request that the Court delay consideration of the motions until mid-April is denied. The parties are free to

1 either withdraw their request for oral argument or withdraw the motions for summary
2 judgment if the parties do not wish to proceed with the date scheduled below.  However,
3 unless the parties withdraw the motions, the Court will not further delay its consideration of
4 the motions.  Accordingly,

5     IT IS ORDERED granting the stipulation (Doc. 238) to the extent that the oral
6 argument currently schedule for February 14, 2011 is vacated and reset to Wednesday, March
7 9, 2011 at 10:00 a.m.

8     DATED this 19th day of January, 2011.

*James A. Teilborg*
United States District Judge

- 2 -